1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK HINEBAUCH,. ) | Case No. 2:10-cv-00875-LRH-PAL |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| Vs. ) | **ORDER EXPUNGING LIS PENDENS** |
| ) | |
| MORTGAGE ELECTRONIC ) | |
| REGISTRATION SYSTEMS, INC; ) | |
| QUALITY LOAN SERVICE CORP.; ) | |
| MIDLAND MORTGAGE CO.; FIRST ) | |
| HORIZON HOME LOAN, A DIVISION OF ) | |
| FIRST TENNESSEE BANK, N.A.; DOES I- ) | |
| X; ROES I-X, Inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

In accordance with the previously filed motion for summary judgment and further to this Court's Order of October 25, 2010, Defendants, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"); QUALITY LOAN SERVICE CORP. ("Quality"); MIDLAND MORTGAGE CO. ("Midland") and FIRST HORIZON HOME LOAN, A DIVISION OF FIRST TENNESSEE BANK, N.A ("First Horizon"), are entitled to an Order from the Court expunging the lis pendens filed against the property which is the subject of this action.

Accordingly, the lis pendens affecting the property located at 437 Ash St., Henderson, Nevada 89015 (APN 179-08-715-017) recorded by Plaintiff on June 8, 2010 in the public records of Clark County, Nevada as instrument number 201006080000723 is hereby expunged and shall hereafter have no further force or effect.

DATED this 18th day of November, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE